UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUANTRELL COMER,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>POLICE OFFICER JOHN J. SALINAS, individually,  )<br>POLICE OFFICER A. ROJAS, individually  )<br>and CITY OF CHICAGO,  )<br>)<br>Defendants.  ) | Case No.<br><br>Judge<br><br>Magistrate Judge<br><br>Trial By Jury Demanded |

**COMPLAINT AT LAW**

NOW COMES Plaintiff, Quantrell Comer, by and through his attorney, David S. Lipschultz, and in support of his Complaint at Law against the Defendants, Police Officer John J. Salinas, Star No. 9479; Police Officer A. Rojas, Star No. 15065; and City of Chicago, states as follows:

JURISDICTION AND VENUE

1. This action is brought pursuant to the United States Constitution, 42 U.S.C. §1983 and §1988 (the Civil Rights Act of 1871), and the laws of the State of Illinois to redress deprivations of the civil rights of the Plaintiff, accomplished by acts and/or omissions of the Defendants and committed under color of law.

2. This Court has jurisdiction under and by virtue of 28 U.S.C. §1343, §1331 and §1367.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391, as the acts complained of took place in this judicial district.

1

PARTIES

4. Plaintiff, Mr. Quantrell Comer ("Mr. Comer"), is a resident of the City of Chicago, County of Cook, State of Illinois.

5. At all relevant times herein referenced, Defendant Police Officer John J. Salinas, Star No. 9479 ("Officer Salinas"), was employed by the City of Chicago as a sworn police officer. He is sued in his individual capacity. At the time of the incident at issue in this Complaint, Officer Salinas was engaged in the conduct complained of while acting within the scope of his employment and under color of law.

6. At all relevant times herein referenced, Defendant Police Officer A. Rojas, Star No. 15065 ("Officer Rojas"), was employed by the City of Chicago as a sworn police officer. He is sued in his individual capacity. At the time of the incident at issue in this Complaint, Officer Rojas was engaged in the conduct complained of while acting within the scope of his employment and under color of law.

7. At all relevant times herein referenced, Defendant, City of Chicago, is a governmental entity formed pursuant to the laws of the State of Illinois. Officer Salinas and Officer Rojas ("Defendant Officers") were employed by City of Chicago as sworn police officers, and at the time of the incident at issue the Defendant Officers were acting within the scope of their employment for City of Chicago and under color of law.

ALLEGATIONS

8. Mr. Comer has always been gainfully employed, and he has no criminal history.

9. On August 4, 2020, at approximately 8:40 p.m., Mr. Comer was driving in his vehicle in the vicinity of 7700 block of South Winchester, Chicago, Illinois.

10. Mr. Comer had arrived home and was looking around the area for a parking spot.

11. Officer Salinas and Officer Rojas were driving in their police vehicle on the same street as Mr. Comer, but in the opposite direction.

12. As Officer Salinas and Officer Rojas passed Mr. Comer one of the Defendant Officers looked at Mr. Comer for longer than usual and with an expression of suspicion.

13. Mr. Comer is a black man with a dark complexion. Mr. Comer has dreadlocks.

14. Immediately thereafter, Officer Salinas and Officer Rojas made a U-turn and followed Mr. Comer for a couple of blocks.

15. Next, Officer Salinas and Officer Rojas conducted a traffic stop of Mr. Comer. They pulled him over.

16. Officer Salinas and Officer Rojas walked to Mr. Comer's vehicle.

17. The Defendant Officers asked for documentation and other information. Mr. Comer complied with all requests.

18. Mr. Comer also informed the Defendant Officers that his lawfully owned gun was properly stored inside his vehicle.

19. Officer Salinas and Officer Rojas were unnecessarily aggressive and angry in their interactions with Mr. Comer during this incident.

20. Officer Salinas, Officer Rojas and other officers searched Mr. Comer's for approximately 40 minutes.

21. Despite the fact that Mr. Comer had done nothing wrong, Officer Salinas and Officer Rojas handcuffed and arrested him.

22. Police officers transported Mr. Comer to the police station and processed his arrest. After many hours, Mr. Comer was transferred to Cook County Jail for many more hours.

23. Defendants lacked a lawful basis for the arrest yet they handcuffed him; arrested him; drafted and filed false police reports him under oath; and, maliciously prosecuted him in a court of law for ten months.

24. On June 22, 2021, in the Circuit Court of Cook County, Mr. Comer was found not guilty after trial of all criminal charges filed against him by the Defendant Officers.

25. The Defendant Officers' actions were the proximate cause of Mr. Comer's injuries.

26. The Plaintiff suffered physical and emotional injuries, pain and suffering, medical treatment and bills, constitutional violations, loss of liberty, and other losses and expenses.

## COUNT I
## 42 U.S.C. §1983 UNLAWFUL SEARCH AND SEIZURE
## AGAINST OFFICERS SALINAS AND ROJAS

27. The Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 26.

28. Defendant Officers did not have probable cause or any other legal basis to search and seize the Plaintiff.

29. The actions of the Defendant Officers violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

WHEREFORE, the Plaintiff, Quantrell Comer, prays for judgment against Police Officer John J. Salinas and Police Officer A. Rojas, for compensatory damages, punitive damages, the costs of this action, attorney's fees pursuant to 42 U.S.C. §1988, and such other and additional relief as this Court deems equitable and just.

COUNT II
42 U.S.C. §1983 FALSE ARREST
AGAINST OFFICERS SALINAS AND ROJAS

29. The Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 26.

30. Defendant Officers did not have probable cause or any other legal basis to arrest the Plaintiff.

31. The actions of the Defendant Officers violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

WHEREFORE, the Plaintiff, Quantrell Comer, prays for judgment against Police Officer John J. Salinas and Police Officer A. Rojas, for compensatory damages, punitive damages, the costs of this action, attorney's fees pursuant to 42 U.S.C. §1988, and such other and additional relief as this Court deems equitable and just.

COUNT III
42 U.S.C. §1983 DEPRIVATION OF LIBERTY
AGAINST OFFICERS SALINAS AND ROJAS

33. The Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 26.

34. As a result of the misconduct of Officer Salinas and Officer Rojas, the Plaintiff was deprived of his liberty.

35. The actions of Officer Salinas and Officer Rojas violated the Plaintiff's rights protected by the Fourth Amendment and 42 U.S.C. §1983.

36. The actions of Officer Salinas and Officer Rojas were committed intentionally, with malice, willfulness, wantonness and reckless indifference to the rights of others.

WHEREFORE, the Plaintiff, Quantrell Comer, prays for judgment against Police Officer

John J. Salinas and Police Officer A. Rojas, for compensatory damages, punitive damages, the costs of this action, attorney's fees pursuant to 42 U.S.C. §1988, and such other and additional relief as this Court deems equitable and just.

COUNT IV
42 U.S.C. §1983 EQUAL PROTECTION
AGAINST OFFICERS SALINAS AND ROJAS

38. The Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 26.

39. Officer Salinas and Officer Rojas deprived Plaintiff equal protection of the law, in violation of his constitutional rights.

40. Officer Salinas and Officer Rojas' misconduct was motivated by racial animus and constituted purposeful discrimination.

41. Officer Salinas and Officer Rojas committed their acts intentionally, with malice, willfulness, wantonness and reckless indifference to the rights of others.

WHEREFORE, the Plaintiff, Quantrell Comer, prays for judgment against Police Officer John J. Salinas and Police Officer A. Rojas, for compensatory damages, punitive damages, the costs of this action, attorney's fees pursuant to 42 U.S.C. §1988, and such other and additional relief as this Court deems equitable and just.

COUNT V
ILLINOIS LAW CLAIM - INDEMNIFICATION
AGAINST CITY OF CHICAGO

42. The Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 41.

43. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment

activities.

44. At all times relevant to this incident, Defendants, Officer Salinas and Officer Rojas were employees of the City of Chicago, and they acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, the Plaintiff pray that should this Court enter judgment in their favor and against Officer John J. Salinas and/or Officer A. Rojas, the City of Chicago will be ordered to pay the Plaintiff any judgment for compensatory damages obtained against those Defendants.

JURY DEMAND

Plaintiff prays for trial by jury.

Respectfully submitted,

QUANTRELL COMER

*/s/* David S. Lipschultz
David S. Lipschultz

David S. Lipschultz
Law Offices of David S. Lipschultz, Inc.
200 S. Michigan Avenue, Suite 201
Chicago, Illinois 60604
Telephone: 312-414-1778
Fax: 312-414-1887
Email: david@dsllawoffice.com

7